1  ADRIENNE C. PUBLICOVER (SBN 161432)
   adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-9295
   Facsimile:     (415) 434-1370
6
7  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA
8
   FRANK N. DARRAS (SBN 128904)
9  Email:  Frank@DarrasLaw.com
   LISSA A. MARTINEZ (SBN 206994)
10 Email:  LMartinez@DarrasLaw.com
   SUSAN B. GRABARSKY (SBN 203004)
11 Email:  SGrabarsky@DarrasLaw.com
   PHILLIP S. BATHER (SBN 273236)
12 Email:  PBather@DarrasLaw.com
   DARRASLAW
13 3257 East Guasti Road, Ste. 300
   Ontario, California 91761
14 Telephone:     (909) 390-3770
   Facsimile:     (909) 974-2121
15
   Attorneys for Plaintiff,
16 DOMINIC BILES

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19 DOMINIC BILES,                    )  Case No. 2:13-cv-01516-MCE-AC
                                     )
20           Plaintiff,               )
                                     )  **STIPULATION FOR A 10 DAY**
21      v.                            )  **EXTENSION OF TIME TO FILE THE**
                                     )  **JOINT STATUS REPORT**
22 LIFE INSURANCE COMPANY OF         )
   NORTH AMERICA; and DOES 1-10,    )  [CIVIL LOCAL RULE 144]
23 inclusive,                        )
                                     )  Action Filed: July 25, 2013
24           Defendants.              )  Trial Date: None
                                     )
25 _____ )

26

27

28

                                     1

1    Plaintiff Dominic Biles ("Plaintiff") and defendant Life Insurance Company of North America ("LINA"), through their respective attorneys of record, hereby submit this stipulation for an Order extending the time for the filing of the Joint Status Report for good cause as follows:

2    1.   On July 26, 2013, this Court issued an order requiring the Parties to meet and confer on a discovery plan and the preparation of a joint status report within 60 days of the date the complaint was filed or the action was removed.  LINA removed this action on July 25, 2013.  Based upon the date of removal, the Joint Status Report is due to be filed by September 23, 2013.

3    2.   The Parties have already met and conferred on the issues encompassed by Rule 26, including a discovery plan.  However, additional time is needed to complete the Joint Status Report.  Therefore, the Parties request a brief 10 day extension of to file their Joint Status Report.

RESPECTFULLY SUBMITTED:

Date: September 19, 2013            WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                                    By: */s/ Dennis J. Rhodes*
                                    ADRIENNE C. PUBLICOVER
                                    DENNIS J. RHODES
                                    Attorneys for Defendant
                                    LIFE INSURANCE COMPANY OF NORTH
                                    AMERICA


Date: September 19, 2013            DARRASLAW


                                    By:   */s/ Phillip S. Bather*
                                          FRANK N. DARRAS
                                          LISSA A. MARTINEZ
                                          SUSAN B. GRABARSKY
                                          PHILLIP S. BATHER
                                          Attorneys for Plaintiff
                                          DOMINIC BILES

    IT IS SO ORDERED:
Dated:  September 26, 2013

                                    _____
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT