1  ADRIENNE C. PUBLICOVER (SBN 161432)
   adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-9295
   Facsimile:      (415) 434-1370
6
   Attorneys for Defendant
7  LIFE INSURANCE COMPANY OF NORTH AMERICA
8
   FRANK N. DARRAS (SBN 128904)
9  Email:  Frank@DarrasLaw.com
   LISSA A. MARTINEZ (SBN 206994)
10 Email:  LMartinez@DarrasLaw.com
   SUSAN B. GRABARSKY (SBN 203004)
11 Email:  SGrabarsky@DarrasLaw.com
   PHILLIP S. BATHER (SBN 273236)
12 Email:  PBather@DarrasLaw.com
   DARRASLAW
13 3257 East Guasti Road, Ste. 300
   Ontario, California 91761
14 Telephone:     (909) 390-3770
   Facsimile:      (909) 974-2121
15
   Attorneys for Plaintiff,
16 DOMINIC BILES

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19 DOMINIC BILES,                  ) Case No. 2:13-cv-01516-MCE-AC
                                   )
20          Plaintiff,              )
                                   ) **STIPULATION FOR A 10 DAY
21     v.                          ) EXTENSION OF TIME TO FILE THE
                                   ) JOINT STATUS REPORT**
22 LIFE INSURANCE COMPANY OF       )
   NORTH AMERICA; and DOES 1-10,   ) [CIVIL LOCAL RULE 144]
23 inclusive,                      )
                                   ) Action Filed: July 25, 2013
24          Defendants.             ) Trial Date: None
                                   )
25                                 )

26

27

28

                                    1

1  Plaintiff Dominic Biles ("Plaintiff") and defendant Life Insurance Company of North America ("LINA"), through their respective attorneys of record, hereby submit this stipulation for an Order extending the time for the filing of the Joint Status Report for good cause as follows:

2. 1. On July 26, 2013, this Court issued an order requiring the Parties to meet and confer on a discovery plan and the preparation of a joint status report within 60 days of the date the complaint was filed or the action was removed. LINA removed this action on July 25, 2013. Based upon the date of removal, the Joint Status Report is due to be filed by September 23, 2013.

3. 2. The Parties have already met and conferred on the issues encompassed by Rule 26, including a discovery plan. However, additional time is needed to complete the Joint Status Report. Therefore, the Parties request a brief 10 day extension of to file their Joint Status Report.

RESPECTFULLY SUBMITTED:

Date: September 19, 2013

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ Dennis J. Rhodes*
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: September 19, 2013

DARRASLAW

By: */s/ Phillip S. Bather*
FRANK N. DARRAS
LISSA A. MARTINEZ
SUSAN B. GRABARSKY
PHILLIP S. BATHER
Attorneys for Plaintiff
DOMINIC BILES

IT IS SO ORDERED:

Dated: September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT