| | |
|---|---|
| 1 | FRANK N. DARRAS (128904), frank@darraslaw.com |
| 2 | LISSA A. MARTINEZ (206994), lmartinez@darraslaw.com |
|   | SUSAN B. GRABARSKY (203004), SGrabarsky@DarrasLaw.com |
| 3 | PHILLIP S. BATHER (273236), PBather@DarrasLaw.com |
|   | **DARRASLAW** |
| 4 | 3257 East Guasti Road, Suite 300 |
| 5 | Ontario, California  91761 |
|   | Telephone:    (909) 390-3770 |
| 6 | Facsimile:    (909) 974-2121 |
| 7 | Attorneys for Plaintiff |
|   | DOMINIC BILES |
| 8 | |
| 9 | ADRIENNE C. PUBLICOVER (161432), adrienne.publicover@wilsonelser.com |
|   | DENNIS J. RHODES (168417), dennis.rhodes@wilsonelser.com |
| 10 | **WILSON, ELSER, MOSKOWITZ,** |
|    | **  EDELMAN & DICKER LLP** |
| 11 | 525 Market Street, 17th Floor |
| 12 | San Francisco, California  94105-2725 |
|    | Telephone:    (415) 433-0990 |
| 13 | Facsimile:    (415) 434-1370 |
| 14 | Attorneys for Defendant |
|    | LIFE INSURANCE COMPANY OF NORTH AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC BILES, | Case No: 2:13-CV-01516-MCE-AC |
| Plaintiff, | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; AND ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff DOMINIC BILES, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

- 1 -
VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; AND ORDER

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: October 30, 2013　　　　　　　　DARRASLAW

　　　　　　　　　　　　　　　　　　　　  /s/ Frank N. Darras
　　　　　　　　　　　　　　　　　　　　FRANK N. DARRAS
　　　　　　　　　　　　　　　　　　　　LISSA A. MARTINEZ
　　　　　　　　　　　　　　　　　　　　SUSAN B. GRABARSKY
　　　　　　　　　　　　　　　　　　　　PHILLIP S. BATHER
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　DOMINIC BILES

Dated:  October 30, 2013　　　　　　　 WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　　   EDELMAN & DICKER LLP

　　　　　　　　　　　　　　　　　　　　  /s/ Dennis J. Rhodes
　　　　　　　　　　　　　　　　　　　　ADRIENNE C. PUBLICOVER
　　　　　　　　　　　　　　　　　　　　DENNIS J. RHODES
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　LIFE INSURANCE COMPANY OF
　　　　　　　　　　　　　　　　　　　　NORTH AMERICA

## O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  November 5, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT